Case 1:22-mj-00123-RMM   Document 1-1   Filed

Case: 1:22-mj-00123
Assigned To : Meriweather, Robin M.
Assign. Date : 5/27/2022
Description: Complaint W/ Arrest Warrant

# STATEMENT OF FACTS

The offense occurred on May 26, 2022, at approximately 0925 hours in the 2700 block of Langston Place Southeast, Washington DC 20020 in Patrol Service Area 702. Officer Jeskie (Driver), Officer Smiley (Front Passenger), and Officer Singleton (Rear Right Passenger) working the daywork tour of duty attired in full uniform operating a marked scout car utilizing call sign Crime Suppression Team 11 (CST11) and assisted on scene by additional crime suppression members.

On May 26, 2022, at approximately 0925 hours, Officer Smiley utilized a social media platform called Instagram and viewed a live broadcast of the account "_turkioo". During the live broadcast, there was a young, black male wearing a blue, yellow and green snapback hat, black sweatshirt with "BOSS" on the chest. Officers know this individual as Raheem Snider (DOB: ██/██/1997). Mr. Snider will be referred to as Defendant Snider herein. During this live broadcast, Defendant Snider was observed smoking what appeared to be a marijuana cigarette, talking to an unknown female at the opened driver's side door, and singing the lyrics to a song. During the live feed, Defendant Snider stated, "You know where I'm at, it's early in the morning" and proceeded to turn the camera to show his whereabouts.

Officer Smiley immediately recognized that Defendant Snider was in the 2700 block of Langston Place SE (Langston Lane Apartment Complex), parked in the fire lane. It should be noted that Defendant Snider showed the steering wheel which revealed a Toyota vehicle logo. Defendant Snider then panned the camera to his lap to show the handle of a firearm and an extended magazine inserted in the well of the firearm while stating, "Big ass G30". It should be noted that the firearm later recovered is a Glock 30.

At approximately 0930 hours, the Seventh District Crime Suppression members pulled into the 2700 block of Langston Place SE and immediately observed a dark in color Toyota parked in the fire lane with the driver side door open. Officers observed Defendant Snider seated in the driver seat with the door open.

Upon noticing the presence of officers, the defendant dipped his right shoulder as if to conceal the firearm within the vehicle and immediately exited the vehicle, closing the door behind him. Officers stopped Defendant Snider at the vehicle and conducted a pat down which revealed negative results. Defendant Snider was still in possession of the lit marijuana cigarette during the stop that was observed in the live broadcast.

Based upon the facts and circumstances, Officers conducted a probable cause search of the vehicle. Officer Smiley observed in the center console a firearm and voiced the predetermined code for the presence of a firearm. Upon discovery of the firearm, Defendant Snider attempted to flee custody in handcuffs but was stopped. It should be noted that while officers were recovering prisoner's property, unidentified citizens approach to advise Defendant Snider that his Instagram was still actively on live broadcast. Defendant Snider asked Officer Smiley to turn off his live broadcast, upon attempting to do so Officer Smiley observed that the account "_turkioo" was in fact the account that was still live and ended it.

Officer Smiley recovered the firearm on scene. The firearm was a Glock 30 .45 caliber with an obliterated serial number with 1 in the chamber 17 in a 25 round magazine.  The firearm

recovered matches the same firearm Officer Smiley viewed Defendant Snider displayed on the live broadcast.

The firearm recovered had an auto sear, which consist of sear mounting body, sear, return spring, and pivot pin. Its intended for use in converting a weapon to shoot automatically more than one shot, without manual reloading, by a single function of the trigger.

A criminal history check of Defendant Snider revealed that he has prior criminal felony convictions in the Superior Court for the District of Columbia, including Case Nos. 2020 CF2 001793 and 2020 CF2 006758. The signed plea agreement in the case indicates the maximum penalties for the offenses and thus the defendant was aware at the time of his arrest in this case that he had a prior conviction for a crime punishable by more than one year.

There are no firearm or ammunition manufacturers in the District of Columbia, thus the firearm and ammunition in this case traveled in interstate commerce.

_____
OFFICER MORGAN SMILEY, BADGE 5487
METROPOLITAN POLICE DEPARTMENT

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 27th day of May 2022.*

_____
ROBIN M. MERIWEATHER
U.S. MAGISTRATE JUDGE